# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

v.

**GIORDANO JACKSON**

CRIMINAL COMPLAINT
(REDACTED)

CASE NUMBER:
17-04256MJ-001-PCT-MHB

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

Between on or about September 1, 2017 and September 2, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendant, GIORDANO JACKSON, an adult Indian male, did with malice aforethought unlawfully kill A.N., in violation of Title 18, United States Code, Sections 1111 and 1153.

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: _AUSA William G. Voit_

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing it true and correct.

__X__ Sworn by Telephone.

David Schultz, Special Agent, FBI
Complainant's Name and Title

Complainant's Signature

September 3, 2017 @ 3pm
Date/Time

Flagstaff, Arizona
City and State

Michelle H. Burns, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

- 1 -

# IN THE DISTRICT OF ARIZONA

## UN-REDACTED AFFIDAVIT

I, David R. Schultz, being duly sworn, depose and state the following:

1. I have been employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) for more than five (5) years. As a SA of the FBI, I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18 United States Code, that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.

2. I am currently assigned to the FBI Phoenix Field Office, Flagstaff Resident Agency (FRA). In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation, within the District of Arizona. Based on your affiant's training and experience, I know that the Navajo Indian Tribe is a federally recognized Indian tribe. In this regard, the following information was developed by me and/or provided to me by other law enforcement officers, and other persons, in connection with the FBI investigation. The information contained in this affidavit is from my personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that this affidavit is being made to establish probable cause, your affiant has not listed each and every fact known regarding the investigation of this incident.

3. On September 2, 2017 your Affiant received information of a possible homicide that occurred near Teesto, Arizona within the exterior boundaries of the Navajo Nation Indian Reservation. Your Affiant called and spoke with Navajo Nation Criminal Investigator (CI) Darlene James regarding the homicide. CI James stated that she had just arrived at the scene located near Teesto, Arizona.

4. CI James stated that Navajo Nation Police Department (NNPD) Officer Lambert Baldwin (Baldwin) had received a call from Giordano Jackson (Jackson), a Navajo male. Baldwin and Jackson are distantly related to each other. Jackson told Baldwin that he had "messed up". Baldwin thought that Jackson was referring to something regarding his counseling for a previous DUI charge. Baldwin asked what happened and Jackson told him he had killed his girlfriend. Jackson then terminated the call.

5. NNPD Officers responded to the residence of Jackson. Jackson was not located at the residence and officers continued to search in the area. During the course of the search, Jackson was located holding a large knife. Jackson did not comply with commands, was ultimately tazed, and taken into custody. During that time officers noticed several large cuts on Jackson's arms and legs. Emergency medical personnel were contacted and Jackson was flown by helicopter to Flagstaff Medical Center (FMC) in Flagstaff, Arizona for his injuries. A body of a deceased female was discovered a short distance away from where Jackson was taken into custody.

6. CI James observed the deceased female at the scene. The female was found lying on her stomach. CI James turned the body over to look for injuries and signs of the cause of death. CI James observed blood in the hair and head of the deceased. CI James did not observe any sign of the victim being stabbed or cut with a knife but did note that the face and head of the deceased appeared to be deformed or indented.

7. Sometime in the evening of September 2, 2017 or early morning of September 3, 2017 your Affiant went to FMC to attempt an interview of Jackson. Jackson was alert and was read his Advice of Rights. Jackson stated he did not wish to speak with law enforcement at that time. All questioning ceased at his request. Your Affiant noted several large cuts on the arms and legs of Jackson. Hospital staff believed the wounds to be self-inflicted.

8. NNPD Sargent Mark Keams (Keams) was at FMC with Jackson. Keams stated that he had been present at the scene when Jackson was taken into custody. Keams stated that when Baldwin was contacted by Jackson, he and several other officers with NNPD responded to the residence of Jackson in an attempt to locate him. Jackson was not located at his home but during the course of searching the nearby area, Jackson was found. Jackson was found holding a large knife. Jackson was ordered to drop the knife but did not comply with commands. Jackson was tazed several times in an attempt to have him drop the knife. Approximately on the fourth attempt, Jackson fell to the ground and was handcuffed and taken into custody and then flown to FMC. Keams observed the body of the deceased but could not

confirm if the deceased was a male or female. While at FMC, Keams received confirmation that the deceased was a Navajo female, herein referred to as "A.N." A.N. was the known girlfriend of Jackson.

9. On September 3, 2017 your Affiant asked Jackson again about speaking with him regarding the death of A.N. Jackson agreed to speak and was read his Advice of Rights again and verbally agreed to answer questions. Jackson stated that on September 1, 2017 he and A.N. were drinking near his house. Jackson and A.N. drank approximately half a gallon of liquor. While walking, Jackson recalled picking up a rock, roughly the size of a plate. Jackson did not recall what he did with the rock but thought he struck A.N. with the rock. A.N. continued to walk but eventually collapsed. Jackson heard A.N. make gargling noises and then she died. Jackson felt that he struck A.N. with a rock and was responsible for killing her because he was the only one around with her. Jackson felt that he could have struck A.N. with the rock more than one time. Jackson could not recall what he did with the rock afterwards. Jackson thought he was responsible for the death of A.N.

10. After A.N. died, Jackson retrieved a box cutter and attempted suicide by cutting his forearms on both of his arms lengthwise. Jackson then tried to kill himself by strangulation by wrapping a shirt around his neck until passing out. When Jackson regained consciousness, he went to his house and grabbed some drinks after which he returned to A.N.'s body and attempted to cut himself further with the box cutter. Jackson did not want A.N.'s body to just sit there so he called Baldwin and told him he had killed A.N. and gave Baldwin his location. Jackson

- 4 -

grabbed a large knife and waited for the police to arrive. Jackson was found by the officers but refused to drop the knife. Jackson was hoping the police officers would shoot him. Once Jackson was tazed and realized the officers were not going to shoot him he complied.

11. Jackson and A.N. were boyfriend and girlfriend. They had been a couple for about a year. A.N. was living with Jackson. Jackson admitted to physically assaulting A.N. in the past. The prior physical assaults were with his fists and feet.

13. Jackson was asked regarding his enrollment in the Navajo Nation Tribe. Jackson confirmed he was an enrolled member of the Navajo Nation.

12. Based on the foregoing, I believe that there is probable cause to support that between on or about September 1, 2017 and September 2, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, Giordano Jackson, an Indian, did with malice aforethought unlawfully kill A.N. in violation of Title 18, United States Code, Section 1111 and 1153.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

9/3/17
Date

David R. Schultz, Special Agent

Sworn to and subscribed:

Date/Time: 9/3/17 @ 3p

MICHELLE H. BURNS
United States Magistrate Judge